**Order entered March 19, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00834-CV

### LIZA WILDMAN, INDIVIDUALLY AND AS
### TRUSTEE OF THE SPRINGMAN-WILDMAN TRUST, Appellant

### V.

### ANNETTE PATRIZI AND ERIC PATRIZI, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02529-2018**

### ORDER

Before the Court is appellant's March 18, 2021 third motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **March 23, 2021**. We caution appellant that a further extension request will be strongly disfavored.

/s/    CRAIG SMITH
        JUSTICE